IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JIRAWAN S. FABER, Administrator, <br><br> Plaintiff, <br><br> vs. <br><br> PNA TRANSPORT, LLC, et al., <br><br> Defendants. | Case No.: 1:19-cv-00849-PAB <br><br> Judge: Pamela A. Barker <br><br> **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

Before the Court is Plaintiff Jirawan S. Faber's, Administrator of the Estate of Sutthiphong Sandod, deceased, unopposed motion for default judgment against all Defendants in this action. Upon due consideration of the motion, the uncontested, sworn affidavits submitted in support of the motion, and the record in this case, the Court finds that Plaintiff's complaint and summons were served upon each named Defendant; that applications for entry of default, including affidavits regarding service, were filed for each named Defendant (Doc. No. 33 and Doc. No. 40); that the Clerk of Court for the United States District Court for the Northern District of Ohio appropriately entered default against each named Defendant pursuant to Fed. R. Civ. P. 55(a) for failure to timely respond to Plaintiff's complaint or otherwise defend in this action (Doc No. 35 and Doc. No. 41.); and that Plaintiff's motion for default judgment (Doc. No. 43) is with merit. Therefore, Plaintiff's motion is **GRANTED**.

It is hereby **ORDERED** that default judgment is entered against Defendant PNA Transport, LLC, Defendant Jennifer Albanna, Defendant Taha Albanna, Defendant Ahmad Albanna, and Defendant Derrick Davis, jointly and severally, in the amount of $1,154,511.13 (consisting of economic damages in the amount of $150,673.53, non-economic damages in the amount of $1,000,000.00, and $3,837.60 for the costs associated with obtaining service upon Defendants); plus interest from the date of this judgment as provided by law; plus the costs of this action.

**IT IS SO ORDERED**.

 5/15/2020
DATE

**JUDGE PAMELA A. BARKER**
**UNITED STATES DISTRICT JUDGE**